APEB: USAO USAO2019R0021

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 FEB 28 PM 12:40
OFFICE
AT BALTIMORE
BY_____K_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAKE TYLER PATTERSON,<br><br>Defendant. | CRIMINAL NO. RDB-19-0101<br><br>(Use of Interstate Commerce Facility to Entice Minor to Engage in Sexual Activity, 18 U.S.C. § 2422(b); Receipt of Child Pornography, 18 U.S.C. § 2252(a)(2); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Forfeiture, 18 U.S.C. § 2253) |

## INDICTMENT

### COUNT ONE
(Use of Interstate Commerce Facility to Entice Minor to Engage in Sexual Activity)

The Grand Jury for the District of Maryland charges that:

From on or about December 12, 2018 through on or about December 14, 2018, in the District of Maryland, the defendant,

**JAKE TYLER PATTERSON,**

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce John Doe 1, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense.

18 U.S.C. §§ 2422(b), 2427

## COUNT TWO
(Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

From on or about December 12, 2018 through on or about December 14, 2018, in the District of Maryland, the defendant,

### JAKE TYLER PATTERSON,

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, and knowingly reproduced any visual depiction for distribution using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and through the mails, the production of which involved the use of John Doe 1, a minor male, engaged in sexually explicit conduct and such depiction being of such conduct.

18 U.S.C. § 2252(a)(2)

## COUNT THREE
(Use of Interstate Commerce Facility to Entice Minor to Engage in Sexual Activity)

The Grand Jury for the District of Maryland further charges that:

On or about December 14, 2018, in the District of Maryland, the defendant,

### JAKE TYLER PATTERSON,

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce John Doe 2, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense.

18 U.S.C. §§ 2422(b), 2427

## COUNT FOUR
(Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 14, 2018, in the District of Maryland, the defendant,

### JAKE TYLER PATTERSON,

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, and knowingly reproduced any visual depiction for distribution using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and through the mails, the production of which involved the use of John Doe 2, a minor male, engaged in sexually explicit conduct and such depiction being of such conduct.

18 U.S.C. § 2252(a)(2)

## COUNT FIVE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 14, 2018, in the District of Maryland, the defendant,

**JAKE TYLER PATTERSON,**

did knowingly possess and knowingly access with intent to view any book, magazine, periodical, film, videotape, computer disk, and any other material that contained an image of child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed an Apple iPhone 10 XS Max cell phone, S/N FFMXJD87KPHG, which contained one or more visual depictions of minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256
18 U.S.C. § 2

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Counts One through Five of this Indictment are incorporated here.

2. As a result of the offenses set forth in Counts One through Five of the Indictment in this case, the defendant,

**JAKE TYLER PATTERSON,**

shall forfeit to the United States all property that was used and intended to be used to commit and to promote the commission of offenses in Counts One through Five, and any property traceable to such property, including but not limited to the following:

    a. Apple iPhone 10 XS Max cell phone, S/N FFMXJD87KPHG.

18 U.S.C. § 2253

_____
Robert K. Hur
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Foreperson
Date: February 2 8, 2019